C. Gordon Murphy, Respondent, v Robert Reardon, Appellant. [639 NYS2d 927]

The Supreme Court's award of attorney's fees to the plaintiff is reasonable and supported by the record. Rosenblatt, J. P., Ritter, Copertino and Goldstein, JJ., concur.